# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 14, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-12129-BB
Case Style: Vance Johnson v. R.L. Conway, et al
District Court Docket No: 1:13-cv-00524-RWS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: James O'Donnell Delaney
Phone #: 404-335-6113

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 16-12129
_____

District Court Docket No.
1:13-cv-00524-RWS

VANCE R. JOHNSON,

                    Plaintiff - Appellant,

versus

SHERIFF R.L. BUTCH CONWAY,
CHRISTOPHER REVELS,
SO#692,
ROBERT BAILEY,
SO#893,
TOCHI DAVIS,
SO#1145,
CORIZON HEALTH, INC.,
a.k.a. Corizon, Inc.,

                    Defendants - Appellees,

C. LUCAS, et al.,

                    Defendants.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 15, 2017
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE 06/14/2017